UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jamel Quan Samedi                                                                  Docket No. 5:01-CR-126-1BO

Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamel Quan Samedi, who, upon an earlier plea of guilty to Possession with Intent to Distribute Cocaine Base, and Possession of a Firearm During and In Relation to a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 20, 2001, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jamel Quan Samedi was released from custody on January 07, 2015, at which time the term of supervised release commenced. On March 31, 2016, Samedi was placed on the Low Intensity Supervision Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 22, 2016, the defendant was arrested and charged with Driving While Impaired and Misdemeanor Possession of Marijuana by Officer S. Kooiker of the Raleigh Police Department. These charges are scheduled for additional hearing on August 24, 2016. Samedi immediately notified the undersigned officer and admitted his violation conduct. He has been placed back on regular supervision and agreed to accept 30 days of home confinement with electronic monitoring as a sanction for this violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Jamel Quan Samedi
Docket No. 5:01-CR-126-1BO
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8674
Executed On: August 2, 2016

## ORDER OF THE COURT

Considered and ordered this _2_ day of _August_, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge