UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamel Quan Samedi**                                  **Docket No. 5:01-CR-126-1BO**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamel Quan Samedi, who, upon an earlier plea of guilty to Possession With Intent to Distribute Cocaine Base, and Possession of a Firearm During and in Relation to a Crime of Violence, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 20, 2001, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jamel Quan Samedi was released from custody on January 07, 2015, at which time the term of supervised release commenced. On March 31, 2016, based upon the defendant's compliance with supervision, he was placed in the low intensity program.

The court was notified on August 3, 2016, of the defendant's arrest for Driving While Intoxicated and misdemeanor Possession of Marijuana. As a result, Samedi was placed in the home detention program with electronic monitoring for a period of 30 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 19, 2018, Samedi tested positive for the use of marijuana. The defendant acknowledged his use of the substance and agreed to participate in treatment. His drug testing frequency was also increased. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: July 17, 2018 |

Jamel Quan Samedi
Docket No. 5:01-CR-126-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19__ day of __July__, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge